Kelly H. Dove, Esq. (Nevada Bar No. 10569)
Tanya N. Lewis, Esq. (Nevada Bar No. 8855)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: kdove@swlaw.com
       tlewis@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*
*(incorrectly named as Wells Fargo Home Mortgage)*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VICTOR A. MURRIETA,<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; SILVER STATE SCHOOLS CREDIT UNION; and WELLS FARGO HOME MORTGAGE,<br><br>Defendants | Case No.: 2:17-cv-02599-GMN-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT WELLS FARGO BANK, N.A.'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

It is hereby stipulated by and between Plaintiff Victor A. Murrieta ("Mr. Murrieta"), through his attorney, Matthew Knepper, and Defendant Wells Fargo Bank, N.A. (incorrectly named as Wells Fargo Home Mortgage)("Wells Fargo"), through its attorneys, the law firm of Snell & Wilmer L.L.P., as follows:

In the interest of conserving client and judicial resources, Mr. Murrieta and Wells Fargo stipulate and agree that Wells Fargo shall have an extension until **December 15, 2017**, in which to file its responsive pleading.  This is the parties' fourth request for an extension of time to respond to the Complaint and is not intended to cause any delay or prejudice to any party, but is intended so that Wells Fargo can conduct a diligent search and obtain records necessary to prepare its response.

- 1 -

4828-0676-2837

1  DATED this 17th day of November, 2017.

| KNEPPER & CLARK, LLC | **SNELL & WILMER L.L.P.** |
|---|---|
| By: /s/ *Matthew I. Knepper*<br>Matthew I. Knepper (NV Bar No. 12796)<br>10040 W. Cheyenne Ave., Ste 170-109<br>Las Vegas, NV 89129<br>*(signed with permission)*<br><br>*Attorneys for Plaintiff Victor A. Murrieta* | /s/ *Tanya N. Lewis*<br>Kelly H. Dove, Esq. (Nevada Bar No. 10569)<br>Tanya N. Lewis, Esq. (Nevada Bar No. 8855)<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, Nevada 89169<br><br>*Attorneys for Wells Fargo Bank, N.A. (incorrectly named as Wells Fargo Home Mortgage)* |

4828-0676-2837

**ORDER**

**IT IS ORDERED THAT Wells Fargo Bank, N.A.'s time to respond to Plaintiff's Complaint shall be extended to on or before December 15, 2017.**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED November 17, 2017.

Respectfully submitted by:

SNELL & WILMER L.L.P.

*/s/ Tanya N. Lewis*
Tanya N. Lewis, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200

*Attorneys for Wells Fargo Bank, N.A.*
 *(incorrectly named as Wells Fargo Home Mortgage)*

4828-0676-2837

**CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2017, I electronically transmitted the foregoing **STIPULATION AND ORDER TO EXTEND DEFENDANT WELLS FARGO BANK, N.A.'s TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

*/s/ Nissa Riley*
An employee of SNELL & WILMER L.L.P..

4828-0676-2837