Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VICTOR A. MURRIETA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., SILVER STATE SCHOOLS CREDIT UNION, and WELLS FARGO HOME MORTGAGE,<br><br>　　　　　Defendants. | Case No.: 2:17-cv-2599-GMN-PAL<br><br>**NOTICE OF SETTLEMENT WITH EXPERIAN INFORMATION SOLUTIONS, INC.** |

PLEASE TAKE NOTICE that Plaintiff VICTOR A. MURRIETA and Defendant EXPERIAN INFORMATION SOLUTIONS, INC., have reached a tentative settlement. The parties anticipate filing a Stipulation for Dismissal of the Action as to the named Plaintiff's claims

Notice of Settlement With Experian Information Solutions, Inc. - 1

against Experian Information Solutions, Inc., with prejudice, within 60 days. Plaintiff requests that all pending dates and filing requirements as to Experian Information Solutions, Inc., be vacated and that the Court set a deadline, sixty days from the present date for filing a dismissal as to Experian Information Solutions, Inc.

Dated this 4th day of January, 2018.

/s/ *Miles N. Clark*
Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

**IT IS ORDERED** that the settling parties shall have until **March 5, 2018**, to either file a stipulation to dismiss with prejudice, or a joint status report advising when the stipulation will be filed.

Dated: January 5, 2018

Peggy A. Leen
United States Magistrate Judge

Notice of Settlement With Experian Information Solutions, Inc. - 2

# **CERTIFICATE OF SERVICE**

I hereby certify that on January 4, 2018, and pursuant to the Federal Rules of Civil Procedure, a true and correct copy of the foregoing **NOTICE OF SETTLEMENT WITH EXPERIAN INFORMATION SOLUTIONS, INC.,** was served via the U.S. District Court's electronic filing system to all parties appearing in this case.

/s/ *Lucille Chiusano*
An employee of KNEPPER & CLARK LLC

Notice of Settlement With Experian Information Solutions, Inc. - 3