Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VICTOR A. MURRIETA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., SILVER STATE SCHOOLS CREDIT UNION, and WELLS FARGO HOME MORTGAGE,<br><br>　　　　Defendants. | Case No.: 2:17-cv-2599-GMN-PAL<br><br>**NOTICE OF SETTLEMENT WITH SILVER STATE SCHOOLS CREDIT UNION** |

　　　　PLEASE TAKE NOTICE that Plaintiff VICTOR A. MURRIETA and Defendant SILVER STATE SCHOOLS CREDIT UNION ("SSSCU"), have reached a tentative settlement. The parties anticipate filing a Stipulation for Dismissal of the Action as to the named Plaintiff's claims against

Notice of Settlement With Silver State Schools Credit Union - 1

SSSCU, with prejudice, within 60 days. Plaintiff requests that all pending dates and filing requirements as to SSSCU, be vacated and that the Court set a deadline, sixty days from the present date for filing a dismissal as to SSSCU.

Dated this 17th day of January, 2018.

/s/ *Miles N. Clark*
Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

**IT IS ORDERED** that the settling parties shall have until **March 19, 2018**, to either file a stipulation to dismiss with prejudice, or a joint status report advising when the stipulation will be filed.

Dated: January 19, 2018

Peggy A. Leen
United States Magistrate Judge

Notice of Settlement With Silver State Schools Credit Union - 2

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2018, and pursuant to the Federal Rules of Civil Procedure, a true and correct copy of the foregoing **NOTICE OF SETTLEMENT WITH SILVER STATE SCHOOLS CREDIT UNION** was served via the U.S. District Court's electronic filing system to all parties appearing in this case.

/s/ *Lucille Chiusano*
An employee of KNEPPER & CLARK LLC

Notice of Settlement With Silver State Schools Credit Union - 3