Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VICTOR A. MURRIETA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., SILVER STATE SCHOOLS CREDIT UNION, and WELLS FARGO HOME MORTGAGE,<br><br>　　　　Defendants. | Case No.: 2:17-cv-2599-GMN-PAL<br><br>**NOTICE OF SETTLEMENT WITH WELLS FARGO HOME MORTGAGE** |

PLEASE TAKE NOTICE that Plaintiff VICTOR A. MURRIETA and Defendant WELLS FARGO HOME MORTGAGE ("Wells Fargo"), have reached a tentative settlement. The parties anticipate filing a Stipulation for Dismissal of the Action as to the named Plaintiff's claims against

NOTICE OF SETTLEMENT WITH WELLS FARGO HOME MORTGAGE - 1

Wells Fargo, with prejudice, within 60 days. Plaintiff requests that all pending dates and filing requirements as to Wells Fargo, be vacated and that the Court set a deadline, sixty days from the present date for filing a dismissal as to Wells Fargo.

Dated this 14th day of February, 2018.

/s/ *Miles N. Clark*
Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

**IT IS ORDERED** that the settling parties shall have until **April 16, 2018**, to either file a stipulation to dismiss with prejudice, or a joint status report advising when the stipulation will be filed.

Dated: February 15, 2018

Peggy A. Leen
United States Magistrate Judge

NOTICE OF SETTLEMENT WITH WELLS FARGO HOME MORTGAGE - 2

# **CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2018, and pursuant to the Federal Rules of Civil Procedure, a true and correct copy of the foregoing **NOTICE OF SETTLEMENT WITH WELLS FARGO HOME MORTGAGE** was served via the U.S. District Court's electronic filing system to all parties appearing in this case.

/s/ *Lucille Chiusano*
An employee of KNEPPER & CLARK LLC