Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VICTOR A. MURRIETA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., SILVER STATE SCHOOLS CREDIT UNION, AND WELLS FARGO HOME MORTGAGE,<br><br>　　　　Defendants. | Case No.: 2:17-cv-2599-GMN-PAL<br><br>**JOINT INTERIM STATUS REPORT** |

Pursuant to the Court's Order entered on February 15, 2018, Plaintiff Victor A. Murrieta ("Plaintiffs") and Defendant Wells Fargo Home Mortgage ("Wells Fargo" or "Defendant") (collectively, the "Parties"), by and through their counsel of record, hereby submit the following Joint Status Report and state the following:

JOINT INTERIM STATUS REPORT - 1

1. The Parties settled this matter on February 14, 2018.

2. The Parties are currently working on finalizing their Settlement Agreement.

3. The Parties request and extension of thirty days to file their Stipulation of Dismissal of Wells Fargo to allow them additional time to finalize the settlement agreement.

4. Plaintiffs agree to file the Stipulation of Dismissal of Wells Fargo no later than **May 15, 2018**.

Respectfully submitted April 18, 2018.

| /s/ *Miles N. Clark* | /s/ *Tanya N. Lewis* |
|---|---|
| Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>KNEPPER & CLARK LLC<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com<br><br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>Email: dkrieger@hainesandkrieger.com<br><br>*Counsel for Plaintiff* | Kelly H. Dove, Esq.<br>Nevada Bar No. 10569<br>Tanya N. Lewis, Esq.<br>Nevada Bar No. 8855<br>SNELL & WILMER L.L.P.<br>3883 Howard Hughes Parkway<br>Las Vegas, NV 89169<br>Email: kdove@swlaw.com<br>Email: tlewis@swlaw.com<br><br>*Counsel for Defendant*<br>*Wells Fargo Home Mortgage* |

## ORDER GRANTING

## EXTENSION OF TIME FOR PARTIES TO FILE STIPULATION OF DISMISSAL OF

## WELLS FARGO HOME MORTGAGE

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED this 19th day of April, 2018

JOINT INTERIM STATUS REPORT - 2