David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyennce Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
FAX: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

*Attorneys for Plaintiff,*
*VICTOR A. MURRIETA*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| VICTOR A. MURRIETA, <br><br> Plaintiff, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC.; SILVER STATE SCHOOLS CREDIT UNION; WELLS FARGO HOME MORTGAGE, <br><br> Defendants. | Case No. 2:17-cv-02599-GMN-PAL <br><br> **STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO WELLS FARGO HOME MORTGAGE ONLY** |

Plaintiff VICTOR A. MURRIETA and Defendant WELLS FARGO HOME MORTGAGE hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to only **WELLS FARGO HOME MORTGAGE**. Each party shall bear its own attorney's fees, and costs of suit.

Dated: April 18, 2018

By:
/s/David H. Krieger, Esq.
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, Nevada 89123

*Attorney for Plaintiff*
*VICTOR A. MURRIETA*

By:
/s/ Kelly H. Dove, Esq.
Kelly H. Dove, Esq.
Snell & Wilmer
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, NV 89169

*Attorney for Defendant*
WELLS FARGO HOME MORTGAGE

## **ORDER**

**IT IS SO ORDERED**. The Clerk of Court shall close the case.

Dated this  4   day of May, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT JUDGE